UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-240-8

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| KLAYTRENA KATRECE ODOM-PRICE | ) |

**THIS MATTER** is before the Court upon the return of a not guilty verdict following a jury trial. (Doc. No. 283).

**IT IS, THEREFORE, ORDERED** that the defendant is acquitted and discharged.

Signed: November 4, 2021

Kenneth D. Bell
United States District Judge